IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF PATTERSON,** | CIV S-07-0929 RRB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **KATHY MENDOZA-POWERS,** | |
| Respondents. | |

Respondent has requested a thirty-day extension of time in which to file a response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 20, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

Dated: 7/25/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

pat929.eot

Order

1