IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF PATTERSON,** | CIV S-07-0929 RRB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **KATHY MENDOZA-POWERS,** | |
| Respondents. | |

Respondents have requested a second thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondents are granted a second extension of time to and including September 19, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

Dated: : 9/5/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
MAGISTRATE JUDGE

pat929.eot(2)