IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF PATTERSON,<br><br>               Petitioner,<br><br>        vs.<br><br>KATHY MENDOZA-POWERS,<br><br>               Respondent. | No. 2:07-cv-00929-JKS-GGH<br><br>ORDER |

       Petitioner Jeff Patterson, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On October 25, 2007, the Magistrate Judge filed Findings and Recommendations, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  No objections to the Findings and Recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

       Accordingly, IT IS HEREBY ORDERED THAT:

1.      The Findings and Recommendations filed October 25, 2007, are adopted in full;

2.      Petitioner's application for a writ of habeas corpus is DISMISSED, without prejudice; and

3.      The Clerk of the Court to enter final judgment accordingly.

       Dated:  June 12, 2008.

s/ James K. Singleton, Jr.<br>
JAMES K. SINGLETON, JR.<br>
United States District Judge